*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TOMMY BREAMSEY                                                                    PLAINTIFF

vs.                          CASE NO. 5:06cv00193 JMM

UNITED PARCEL SERVICE, INC.                                             DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled April 9, 2007, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 19th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE